```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOEL ARROYO,<br><br>                                    Plaintiff,<br><br>-against-<br><br><br>KENT SECURITY SERVICES,<br><br><br><br>                                    Defendant. | **ORDER**<br><br>22-CV-0073 (JPC) (KHP) |
| NOEL ARROYO-BEY,<br>Plaintiff,<br>-against-<br><br>NORTH MANHATTAN MANAGEMENT CO. INC,<br><br><br>                                    Defendant. | 22-CV-4789 (AT) (KHP) |

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed in the November 14, 2022 case management conference, the Plaintiff is directed to serve the defendant North Manhattan Management Co. Inc. by **December 15, 2022**.

The Court also reminds the Plaintiff that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on

weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail), Plaintiff may consent to electronic service by filing a Pro Se Consent & Registration Form to Receive Documents Electronically, available in the Pro Se Intake Unit or at http://nysd.uscourts.gov/file/forms/consent-to-electronic-service-for-pro-se-cases.

**The Plaintiff is directed to serve this order and a copy of the complaint on the Defendant.**

**The Clerk of Court is respectfully requested to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
November 16, 2022

SO ORDERED.

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge