```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL ARROYO,

                Plaintiff,

-against-

KENT SECURITY SERVICES,

                Defendant.

**ORDER**

22-CV-73 (JPC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's motion for Default Judgement as to Defendant Kent Security Services. ECF Nos. 50 & 51. Defendant is advised that the deadline to object or otherwise respond to Plaintiff's Motion is February 29, 2024. Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff.

    **The Clerk of Court is respectfully requested to mail a copy of this order and the motion papers at ECF Nos. 50 and 51 to the Defendant,** Kent Security Services, 150 W 28th Street, Unit 1103, New York, NY 10001.

Dated: New York, New York
          January 9, 2024

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge