UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL ARROYO,

                Plaintiff,

-against-

KENT SECURITY SERVICES,

                Defendant.

22-CV-00073 (MMG) (KHP)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any date, deadline, conference, or oral argument before or directed by Magistrate Judge Parker will proceed as ordered, and any application related to those matters should continue to be directed to Magistrate Judge Parker. All counsel must familiarize themselves with the Court's Individual Rules & Practices (the "Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    The Clerk of Court is respectfully directed to mail a copy of this Order and the Individual Rules to Plaintiff.

Dated: April 2, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2024